UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUREECE STONE CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN JONES, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1451 AC P<br><br><br>ORDER |

　　　　Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, along with requests to proceed in forma pauperis. ECF Nos. 1, 2, 6. However, plaintiff did not sign his complaint. See ECF No. 1 at 3-4.

　　　　Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Accordingly, the court is unable to consider plaintiff's complaint unless and until he signs it. In this case, the newly filed complaint shall be called plaintiff's first amended complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of Court shall send plaintiff a copy of the court's Civil Rights Complaint By A Prisoner form, and

////

1

2.   Within thirty days from the date of this order, plaintiff shall file a <u>signed</u> first amended complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: August 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE