UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUREECE STONE CLARK, | No. 2:22-cv-1451 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| MORGAN JONES, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 1915.

On October 17, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 16.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate K=Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 17, 2023 (ECF No. 16), are

1

adopted in full;

2. The complaint is dismissed without leave to amend for failure to state a claim; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Clar1451.800

2